719 A.2d 155

IN THE MATTER OF DONALD F. TOMPKINS,
AN ATTORNEY AT LAW.

October 22, 1998.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DONALD F. TOMPKINS** of **WAYNE,** who was admitted to the bar of this State in 1969, and who was suspended from the practice of law for a period of three months effective July 27, 1998, by Order of this Court dated June 30, 1998, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics quarterly trust account reconciliations prepared by a certified public accountant and approved by the Office of Attorney

Ethics for a period of two years and until further Order of the Court.